# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL PARKER**, <br><br> Plaintiff, <br><br> v. <br><br> **BUTTONWOOD PAINTING CONTRACTORS, INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 19-724-KSM** |

## ORDER

**AND NOW**, this 8th day of June, 2020, upon consideration of Defendant's Motion for Summary Judgment, (Doc. No. 10), Plaintiff's Response in Opposition (Doc. No. 12), Defendant's Reply (Doc. No. 13), Plaintiff's Supplemental Exhibit A (Doc. No. 17), and Defendant's Supplemental Response in Further Support of its Motion (Doc. No. 19), and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that Defendant's motion is **GRANTED** with respect to Plaintiff's race discrimination based on disparate treatment and retaliation claims. Defendant's motion is **DENIED** with respect to Plaintiff's hostile work environment claim. **IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.